# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

**CRIMINAL MINUTES - GENERAL**

| | |
|---|---|
| Case No. 2:91-cr-00677-SVW | Date August 23, 2021 |

Present: The Honorable **STEPHEN V. WILSON, U.S. DISTRICT JUDGE**

Interpreter

| Paul M. Cruz | N/A | N/A |
|---|---|---|
| *Deputy Clerk* | *Court Reporter/Recorder, Tape No.* | *Assistant U.S. Attorney* |

| U.S.A. v. Defendant(s): | Present | Cust. | Bond | Attorneys for Defendants: | Present | App. | Ret. |
|---|---|---|---|---|---|---|---|
| Ronald David Edwards | | | | N/A | | | |

**Proceedings:** IN CHAMBERS ORDER RE: MOTION for Early Termination of Probation Filed by Defendant Ronald David Edwards [77]

The motion for early termination of probation is DENIED for the reasons stated in the Government's opposition.

: _____
Initials of Deputy Clerk    PMC

cc: USPO

CR-11 (09/98)       **CRIMINAL MINUTES - GENERAL**       Page 1 of 1